**Order entered October 17, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00908-CV**

**HARRIET NICHOLSON, Appellant**

**V.**

**NATIONSTAR MORTGAGE, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-12504**

**ORDER**

Before the Court is appellant's October 13, 2022 motion to abate appeal pending the trial court's ruling on her motion for new trial. We **DENY** the motion.

/s/     KEN MOLBERG
        JUSTICE